**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDUAR RAMON TROCHEZ-AGUILAR,<br>Petitioner<br>v.<br>TODD BLANCHE, et al.,<br>Respondents | Case No.: 2:26-cv-02934-APG-NJK<br>**Order Granting Unopposed Motion to Extend Time**<br>[ECF No. 7] |

I ORDER that petitioner Eduar Ramon Trochez-Aguilar's unopposed motion to extend time **(ECF No. 7) is GRANTED**. The amended petition is due October 30, 2026.

DATED this 1st day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE