**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDUAR RAMON TROCHEZ-AGUILAR,<br>Petitioner<br>v.<br>TODD BLANCHE, et al.,<br>Respondents | Case No.: 2:26-cv-02934-APG-NJK<br>**Order** |

I ORDER that the respondents must respond to the petitioner's motion for limited discovery by November 9, 2027.

DATED this 4th day of November, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE